MICHAEL BAILEY
United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: erica.seger@usdoj.gov
Attorneys for Plaintiff

FILED

2020 FEB 26 PM 4: 25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-00678 TUC-JGZ(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SEALED

| | |
|---|---|
| United States of America, | I N D I C T M E N T |
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 2251(b)<br>(Sexual Exploitation of a Child by Parent)<br>Count 1 |
| Sarah Belen Carter<br>a.k.a. Sara Hughes, | 18 U.S.C. § 2422(b)<br>(Coercion and Enticement)<br>Count 2 |
| Defendant. | 18 U.S.C. § 1470<br>(Transfer of Obscene Matter to a Minor)<br>Count 3 |

VICTIM CASE

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

**SEXUAL EXPLOITATION OF A CHILD BY PARENT**

Beginning on or about December 1, 2017, until on or about July 20, 2018, within the District of Arizona, SARAH BELEN CARTER, being the parent of a minor, John Doe, knowingly permitted the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and the defendant knew and had reason to know that the visual depiction would be transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate commerce or mailed; and that visual

depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT TWO

Between on or about December 1, 2017, and on or about July 20, 2018, within the District of Arizona, SARAH BELEN CARTER, using any facility of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

Between on or about December 1, 2017, and on or about July 20, 2018, within the District of Arizona, SARAH BELEN CARTER did, by means of interstate commerce, knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
DATED: February 26, 2020

REDACTED FOR
PUBLIC DISCLOSURE

MICHAEL BAILEY
United States Attorney
District of Arizona
/s/

ERICA L. SEGER
Assistant U.S. Attorney