GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Erica.seger@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br><br>Sara Belen Coltz,<br><br>               Defendant. | CR 20-00678-TUC-JCH (DTF)<br><br>MOTION FOR PSYCHO-SEXUAL EXAMINATION |

      The United States of America, by and through its attorneys, undersigned, hereby moves pursuant to the terms of the plea agreement filed in this case, and 18 U.S.C. Section 3552(b), for a presentence psychosexual assessment of the defendant, which shall include but not be limited to, physiological testing and a polygraph examination. Pursuant to the agreement between the parties, the study shall be conducted at the direction of the Probation Department.

      Respectfully submitted this 23rd day of August, 2021.

                                                GLENN B. McCORMICK
                                                Acting United States Attorney
                                                District of Arizona


                                                ERICA L. SEGER
                                                Assistant U.S. Attorney